# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | | |
|---|---|---|
| **CHARLI McCOY** | * | |
| **PLAINTIFF** | * | |
| **V.** | * | **CASE NO. 4:21CV00201 SWW** |
| | * | |
| **SJL AUTO GROUP NO. 1, LLC** | * | |
| **DEFENDANT** | * | |
| | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that: (1) Plaintiff's claims arising under federal law are DISMISSED WITH PREJUDICE; (2) Plaintiff's supplemental state law claims are DISMISSED WITHOUT PREJUDICE, pursuant to 28 U.S.C. § 1367(c)(3); and (3) this action is DISMISSED IN ITS ENTIRETY.

IT IS SO ORDERED, this 26th day of January, 2022.

Susan Webber Wright
UNITED STATES DISTRICT JUDGE